Violation of The
Probation Dept
P.O. Fairman

---

Charges

False Imprisonment
False Arrest
Negligence
Due Process
Malicious Prosecution

2009 JUL 28 A 9:32
DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON, SC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
*Pro Se* [Non-Prisoner] Complaint Form

2009 JUL 28 A 9 33

DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON, SC

[Enter the full name of the plaintiff in this action]      )   Civil Action No.
                                                           )   _____
                                                           )   (to be assigned by Clerk)

**Frank Staten**

v.

[Enter the full name of each defendant in this action. If possible, please list only one defendant per line.]

**South Carolina Probation Department**
**Danielle Fairman**
**Ron Harper — Ron HARPER DIRECTOR**

If allowed by statute, do you wish to have a trial by jury? Yes **X**    No _____

[If any answer requires additional space, please use additional paper and attach hereto.]

I. **PREVIOUS LAWSUITS**

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

   Yes _____    No **X**

B. *If your answer to A is Yes, describe the lawsuit in the space below. [If more than one lawsuit, describe on another sheet of paper using the same outline.]*

   1. Parties to this previous lawsuit:

      Plaintiff: _____

      Defendant(s): _____

   2. Court: _____
      (If federal court, name the district; if state court, name the county)

   3. Docket Number: _____

   4. Name(s) of Judge(s) to whom case was assigned: _____

   5. Status of Case: _____
      (For example, was the case dismissed? Settled? Appealed? Still Pending?)

   6. Date lawsuit was filed: _____

   7. Date of disposition (if concluded): _____

C. Do you have any other lawsuit(s) pending in the federal court in South Carolina?

   Yes _____   No _____

## II. PARTIES

*In Item A below, place your name and address in the space provided. [If additional plaintiffs, do the same on another sheet of paper.]*

A. Name of Plaintiff: __Frank Staten__

   Address: __2901 Dove Haven Court, Charleston, SC 29414__

*In Item B below, place the full name of the defendant, and his/her/its address, in the space provided. Use Item C for additional defendants, if any.*

B. Name of Defendant: __Danielle Fairman + Ron Harper, South Carolina Prob. Dept.__

   Address: __4050 Broadview Drive, Charleston, SC__

C.  *Additional Defendants (provide the same information for each defendant as listed in Item B above):*

## III. STATEMENT OF CLAIM

*State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include also the name(s) of other persons involved, dates, and places.* **Do not give any legal arguments or cite any cases or statutes.** *If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets of paper if necessary.*

1, Frank Staten, was on probation in South Carolina in 2005 and also on parole in the state of New York. When I was released from Hudson Correctional Facility in Hudson, New York, I was extradited to South Carolina on the probation matter. I went in front of Judge Scarborough, who sent me back to New York with the understanding that I would complete New York State parole successfully and my mandated drug program. Following completion of New York State parole (and drug program), he instructed me to return to the South

III. STATEMENT OF CLAIM - *continued*.

Carolina probation to address the restitutionary fine for the offense for which I was sentenced.

I successfully completed my drug program and was complying with all conditions of New York State Parole. I was contacted by my mother that S.C. Probation Officer Danielle Fairman wanted to speak with me. I called her and she instructed me to return to South Carolina in reference to the restitution on the SC case. She did not contact my NY parole officer at this time, nor at any time. I explained the situation to my parole officer and he gave me a travel pass to handle this matter.

While I was traveling, I was pulled over by the police for a moving violation. At that time, he informed me that a SC Probation Warrant lodged against me for a probation violation. I was taken into Lufkin County Jail in Lufkin, Texas, waiting extradition to SC. I remained there approximately three weeks. I was extradited to Charleston, SC, where I was detained for 123 days. At which point, I went in front of Judge Houston and he dismissed the pending fine and terminated SC probation effective immediately. I was immediately released (after processing).

## IV. RELIEF.

*State briefly and exactly what you want this court to do for you.*

I want to be financially compensated for 148 days of being improperly imprisoned. I suffered by losing my contract, my $38,000 TRUCK rig and potential job opportunities. AND A 15,000 TRAILER I LOST, THE LOAD OF FRIEGHT WAS INPOUNDED IN LUFKIN, TEX AND had TO FLY ANOTHER DRIVER TO LUFKIN, TEX ~~~~~~ I had a MEDICAL CONDITION WHILE IN CHAS, DENTITION CENTER JAIL I have PANCEASTITIST.

*I declare under penalty of perjury that the foregoing is true and correct.*

Signed this 22 day of July, 2009

Frank Slater
*Signature of Plaintiff*